UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60973-CIV-MORENO

TINA LEE,

        Plaintiff,

vs.

MATTRESS XPRESS, INC., et al.,

        Defendants.
_____/

**DEFENDANTS' NOTICE OF FILING EVIDENTIARY MATERIALS
IN SUPPORT OF MOTION FOR PARTIAL SUMMARY JUDGMENT**

      Defendants, Mattress Xpress, Inc., Steven Milesic and Steve Lytell, pursuant to Southern District Local Rule 26.1(d), hereby give notice of filing of the following evidentiary materials, submitted herewith, to be considered by the Court in connection with Defendants' Motion for Partial Summary Judgment [D.E. #24]:

      1.    Excerpts from deposition of Tina Lee (Sept. 24, 2012): pp. 1, 39, 74-100, 113-120, 130, 133, 136-163, 176-179, 191-194;

      2.    Excerpts from deposition of Tina Lee (Oct. 10, 2012): pp. 199, 218-219, 232-236, 250-254, 280-281, 287-289, 304-305, 327-331, 336, 380; and

      4.    Declaration of Steven Milesic.

                                    Respectfully submitted,

                                    *s/ Gaye L. Huxoll*
                                    Gaye L. Huxoll (Florida Bar No. 149497)
                                    E-mail: ghuxoll@littler.com
                                    LITTLER MENDELSON, P.C.
                                    *Counsel for Defendants*
                                    One Biscayne Tower, Suite 1500
                                    2 S. Biscayne Boulevard
                                    Miami, Florida 33131
                                    Telephone: (305) 400-7500
                                    Facsimile: (305) 603-2552

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy hereof was served by Notice of Electronic Filing on all counsel listed on the Service List below, on this 26th day of October, 2012.

*s/ Gaye L. Huxoll*
Gaye L. Huxoll

## SERVICE LIST

Karen Coolman Amlong, Esq.
E-mail: kamlong@theamlongfirm.com
Michelle M. Parker, Esq.
E-mail: mparker@theamlongfirm.com
AMLONG & AMLONG, P.A.
*Counsel for Plaintiff*
500 N.E. 4th Street, 2nd Floor
Ft. Lauderdale, Florida 33301-1154
Telephone: (954) 462-1983
Facsimile:  (954) 523-3192

Gaye L. Huxoll, Esq.
E-mail: ghuxoll@littler.com
LITTLER MENDELSON, P.C.
*Counsel for Defendants*
One Biscayne Tower, Suite 1500
2 S. Biscayne Boulevard
Miami, Florida 33131-1804
Telephone: (305) 400-7500
Facsimile:  (305) 603-2552

Firmwide:115532391.1 069670.1001